# INTERPRETER'S REPORT OF SERVICES AND
## CLAIM FOR COMPENSATION AND EXPENSES

TO: Clerk of Court for the
Southern District of Georgia

DATE: 10/27/2005

I request payment be made for interpreter services performed before:

Hon. W. Leon Barfield
United States Magistrate Judge
(Name and Title of Presiding Judicial Officer)

In the case of: USA vs JOSE LUIS PEREZ-OVIEDO

1:05M00044
(Civil/Criminal Case Number)

**PAYEE's NAME:** Doris Eitner
**ADDRESS:** 1307 Waters Edge Drive
**CITY, STATE ZIP:** Augusta GA 30901
**TAX PAYER IDENTIFICATION NUMBER:** 579 54 2605
**HOME TELEPHONE:** 706/722-8821
**OFFICE TELEPHONE:**

Itemization of Services and Costs:

| Date(s) | Number of Hours / Days | Cost Per Hour / Day | Total Compensation | Other Costs (Including travel)* | Total Cost |
|---|---|---|---|---|---|
| 10/27/05 | 1 | 156.00 | 156.00 | | $156.10 |

TOTAL AMOUNT CERTIFIED FOR PAYMENT: $156.10

The following information is provided in support of the above services:

**Type of interpretation Provided:**
☑ Simultaneous
☐ Consecutive
☐ Summary

**Interpreter is:**
☐ Certified
☑ Non-Certified

**Nature of Proceeding:**
☐ Initial appearance
☐ Preliminary hearing
☐ Arraignment
☐ Trial
☐ Pretrial service officer interview
☐ Probation officer interview
☐ Sentencing
☑ Other Verification hrg

**Person Furnished Services:**
☑ Defendant
☐ Witness
☐ Other

**Foreign Language(s):** Spanish

**Check if:**
☐ Hearing/Speech Impaired

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on 10/27/2005 (Date)

(Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY 10/27/05 (Date)

Hon. W. Leon Barfield
United States Magistrate Judge
(Name and Title of Presiding Judicial Officer)

*Itemize on separate sheet of paper and attach to this form with appropriate receipts.